## PROPOSED ORDER/COVER SHEET

Saminathen

TO:    **Honorable Howard Lloyd**          RE:   Brian ~~Saminathan~~
       **U.S. Magistrate Judge**                 CR-05-00680-JW

FROM:  **Claudette M. Silvera, Chief**    DOCKET NO.:   CR-05-0068-JW
       **U.S. Pretrial Services Officer**

FEB -6 2007
NORTHERN U.S. DISTRICT
CLERK U.S. DISTRICT COURT
SAN JOSE CALIFORNIA

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                              408-535-5222
**U.S. Pretrial Services Officer**        **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

✓   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___ on __2/13/07__ at __9:30 AM__.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding  District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

    A.

    B.

☐   Bail Revoked/Bench Warrant Issued.

✓   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**                      **DATE**   2/6/07

**Cover Sheet** (12/03/02)